# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 3A

**Case #:** 3:22-MJ-2228        **Date:** December 16, 2022

### United States of America vs. Edward Kelley and Austin Carter

**Present before:** Honorable Jill E. McCook, United States Magistrate Judge

| | | |
|---|---|---|
| Mallory Dahl | ECRO | |
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |
| | Nicholas Wallace | |
| Casey Arrowood | Josh Hedrick | |
| **Asst. U.S. Atty** | **Attorney(s) for Defendant(s)** | **Attorney(s) for Defendant(s) Contd.** |

**Proceedings:** Parties present for an initial appearance on a criminal complaint.

- [✓] Defendant sworn.
- [✓] Defendant requested appointment of counsel and submitted financial affidavit.
- [✓] Court approved financial affidavit and appointed counsel
- [ ] Defendant present with retained counsel.
- [✓] Government requested detention of the defendant:
    - [✓] Defendant waived and reserved the right to a detention hearing.
    - [✓] Defendant requested detention hearing. (Carter)
        - [✓] Detention hearing set.    [ ] Detention hearing held.
- [ ] Parties agreed to conditions on which the defendant could be released.
- [✓] Defendant requested a preliminary hearing (Kelley & Carter)
    - [ ] Preliminary hearing held. [✓] Preliminary hearing set.
- [ ] Defendant waived and reserved right to a preliminary hearing.
- [✓] Case under seal as to defendant(s):
    - x Unsealed upon granting of motion by AUSA.    [ ] To remain under seal.

**Dates set at this hearing:**

- [✓] **Detention Hearing:** 12/21/2022 at 11:00 a.m. w/ USMJ McCook (Carter only)
- [✓] **Preliminary Hearing:** 1/3/2023 at 1:30 p.m. w/ USMJ McCook (Kelley and Carter)
- [ ] **Arraignment Hearing:**
- [ ] **Other Hearing:**

[✓] Defendant remanded to custody.    [ ] Defendant released on Order Setting Conditions of Release.

**Time:** 4:35 p.m.      4:55 p.m.

(●) I, Mallory Dahl, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file. Knox-DCR_ 322mj2228 _ 121622 _

Case 3:22-mj-02228-JEM   Document 6   Filed 12/16/22   Page 1 of 1   PageID #: 15