AO 442 (Rev. 11/11) Arrest Warrant



# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

FILED

DEC 19 2022

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:22-MJ-*2228* |
| Austin Carter | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

      **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Austin Carter                                                                    ,

who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment    ❒ Superseding Indictment    ❒ Information    ❒ Superseding Information    ☑ Complaint

❒ Probation Violation Petition    ❒ Supervised Release Violation Petition    ❒ Violation Notice    ❒ Order of the Court

This offense is briefly described as follows:

Violation of 18 U.S.C. §§ 371 (Conspiracy), 115 (Retaliating Against a Federal Official), 875(c) (Interstate Threats), and 373 (Solicitation to Commit a Crime of Violence)

Date:      12/15/2022

*Issuing officer's signature*

City and state:     Knoxville, Tennessee

Hon. Jill E. McCook , U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 15 Dec 2022 , and the person was arrested on *(date)* 15 Dec 2022 at *(city and state)* Alcoa, Tennessee . |
| Date: 16 Dec 2022       *Arresting officer's signature* |
| Special Agent Anthony Armey |
| *Printed name and title* |