# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 3A

**Case #:** 3:22-mj-2228      **Date:** December 21, 2022

United States of America    **vs.**    Austin Carter

**Present before:** Honorable Jill E. McCook, United States Magistrate Judge

| Mallory Dahl | ECRO | Michelle Gensheimer |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Law Clerk** |

| Casey Arrowood | | Joshua Hedrick |
|---|---|---|
| **Asst. U.S. Atty** | **U.S. Probation Officer** | **Attorney(s) for Defendant(s)** |

**Proceedings:** Parties present for a ☐ preliminary hearing ☑ detention hearing. Hearing held.

- ☑ Defendant sworn.
- ☐ Parties agreed to conditions of release.
- ☑ Government requested detention of the defendant and arguments heard.
- ☐ Exhibits marked and admitted.
- ☑ Witnesses sworn and testimony heard: Destiny Carter (Defendant's Witness)

**Court Findings:**

- ☐ Court found that there are conditions on which the defendant could be released pending further proceedings. Defendant agreed to conditions. Order Setting conditions of release to enter.
- ☑ Court found that there are no conditions on which the defendant can be released at this time and remanded the defendant to custody pending further proceedings.
- ☐ Court set an additional hearing and remanded the defendant to custody pending that hearing.
- ☐ Court took matter under advisement. Order to enter.

**Dates set at this hearing:**

- ☐ **Hearing to continue:**
- ☐ **Other Hearing:**

☑ Defendant remanded to custody.    ☐ Defendant released on Order Setting Conditions of Release.

**Time:** 11:00 a.m.    **to**    12:30 pm

◉ I, Mallory Dahl, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
Knox-DCR_ 322mj2228 _ 122122 _

Case 3:22-mj-02228-JEM   Document 16   Filed 12/21/22   Page 1 of 1   PageID #: 25